53 P.3d 329

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

September 11, 2002

| | | |
|---|---|---|
| 23369 | State v. Garcia | Affirmed |